JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **SOON SKIN CARE, INC.**, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**MARISSA BROWN**, an individual,<br><br>　　　　　Defendant. | Case No. 2:20-cv-06264-DSF-MAA<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

///
///
///

Presently before the Court is the Parties' Stipulation for Dismissal with Prejudice. (ECF 36.) The Parties have reached a settlement and request that the Court dismiss the case subject to the terms of the Settlement Agreement executed by the parties on or around December 10, 2020. Good cause appearing, the Court GRANTS the Parties' request and DISMISSES WITH PREJUDICE this action in its entirety. The Clerk of Court SHALL close the file.

IT IS SO ORDERED.

Dated: January 11, 2021

_____
Hon. Dale S. Fischer
United States District Judge